IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| UNITED STATES OF AMERICA, | Case No. CR 93-60022-7-HO |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| RANDALL WYNN, | |
| Defendant. | |

This matter having come before the Court on the motion of Defendant Randall Wynn for an order dismissing without prejudice his petition for writ of error *audita querela* [Docket No. 678], and in light of the fact that the Government does not oppose the motion,

IT IS ORDERED that Defendant Wynn's motion to dismiss is:

\_\_\_\_\_ denied.

__X__ granted. Defendant Wynn's petition for writ of error *audita querela* [Docket No. 678] is dismissed without prejudice.

DATED this 22nd day of April, 2005.

*/s/ Michael R. Hogan*
Hon. Michael R. Hogan
U.S. District Court Judge

PAGE 1 – ORDER